Exhibit A

Received
NOV 2 0 2019
Tampa Field Office

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | X FEPA<br>X EEOC | **511-2020-00771** |

Equal Employment Opportunity Commission and Florida Commission on Human Relations
*State or local Agency, if any*

| Name (Indicate Mr. Ms. Mrs.)<br>Ms. Hitakshi Lahrani | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>TransAmerica Financial Advisors, Inc. | No. Employees, Members<br>15+ | Phone No. (Include Area Code)<br>(727) 299-1800 |
|---|---|---|
| Street Address<br>570 Carillon Pkwy, | City, State and ZIP Code<br>St. Petersburg, FL  33716 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>_ RACE   _ COLOR  X SEX  _ RELIGION   X NATIONAL ORIGIN<br><br>X RETALIATION   _ AGE   _ DISABILITY   _ OTHER (harassment) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest           Latest<br><br>Sept. 6, 2019 to Sept. 13, 2019<br>(approximately) |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a 35-year-old female of Indian national origin. Currently, I am a candidate for a Ph.D. in Mathematics from the University of South Florida. On approximately April 17, 2019, I began my employment with Transamerica Financial Advisors, Inc. ("Transamerica") as an hourly-paid Intern. The internship was scheduled to last one year. During my employment with Transamerica, I was not informed of any performance issues and understood that I was doing a good job. In fact, I received several emails from supervisors commending me for my strong work performance.

On approximately September 6, 2019, I was instructed to help arrange a retirement party for Don Morden (Director). During the retirement party, Mr. Morden made discriminatory comments, such as: "these Indians work a lot," "a lot of Indians come over here to work because they don't have water to drink in India," and "they [Indians] will take your work and everything else." While Mr. Morden was making these discriminatory comments, Maja Milosevic (Supervisor/Analyst) heard the comments and nodded in agreement. Despite arranging and attending the retirement party, I got mail that my timecard is rejected and I will not be compensated for retirement party hours. However, the male intern, Kevin Zhou, attended the retirement party and was compensated for his time. This was not the first time that Mr. Zhou was treated more favorably than me. For example, Mr. Zhou was invited to meetings, and was allowed to use VPN remote access, which I was not.

On approximately September 12, 2019, I discovered that I would not be paid for the time associated with the retirement party, despite submitting the time on my time sheet. Ms. Milosevic told me that my time sheet was incorrect and that I did not work all of the hours that I submitted. I reviewed my time sheet and confirmed with Elena Leger Actuary, and Andrea Simmons, Market Operations Specialist, that it was accurate.

**511-2020-00771**

On September 13, 2019, I asked Ms. Leger why I am not paid for arranging and attending the retirement party when my male counterpart was paid. Ms. Leger told me that she would speak with Ms. Milosevic. Later that day, I was informed by Ms. Simmons that Ms. Milosevic decided to terminate my employment due to "poor performance." Ms. Simmons told me that I should have been paid for the time associated with the retirement party, but I later received a letter stating that I have to pay them back for the retirement party because the time was not approved.

STATEMENT OF DISCRIMINATION: I believe that I have been discriminated against based on national origin and/or gender in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11/19/2019<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>11/19/2019<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Received
NOV 20 2019
Tampa Field Office

EEOC Form 161 (11/16)                     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Hitakshi Lahrani | From: Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2020-00771 | Jesus Gonzalez, Investigator | (813) 202-7904 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                                  12/16/19

Evangeline Hawthorne, Director                          (Date Mailed)

Enclosures(s)

cc:  Ashley Rayer, Intermediate HR                 Gregory A. Owens, ESQ,
     TRANSAMERICA                                  FLORIN GRAY BOUZAS OWENS, LLC
     6400 C St Sw.                                 16524 Pointe Village Drive, Ste. 100
     Ms 3830                                       Lutz, FL 33558
     Cedar Rapids, IA 52499

Enclosure with EEOC
Form 161 (11/16)